# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
) CASE NO. 01-33988-GFK
HONSEY, ROSS H )
) TRUSTEE'S FINAL REPORT AND
) PROPOSED DISTRIBUTION
          Debtor (s) )

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as Form 1 is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as Form 2 is an itemized statement of the trustee's receipts and disbursements showing total receipts of $42,816.39, disbursements of $349.42, and balance on hand of $42,466.97. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $5,031.64. The trustee has received $0.00 for interim compensation, and $0.00 for reimbursement of interim expenses and requests an additional $5,031.64 for final compensation and an additional $199.38 for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $39,745.64, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 5,031.64 | 5,031.64 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 199.38 | 199.38 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 19,589.25 | 19,589.25 |
| GISLASON & HUNTER LLP | TRUSTEE ATTORNEY FEES | 9,142.00 | 9,142.00 |
| LINDA M. BERREAU | ACCOUNTANT FEES | 1,348.50 | 1,348.50 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 4,181.57 | 4,181.57 |
| GISLASON & HUNTER LLP * | TRUSTEE ATTORNEY EXPENSES | 238.00 | 238.00 |
| LINDA M. BERREAU * | ACCOUNTANT EXPENSES | 15.30 | 15.30 |
|  | Total | 39,745.64 | 39,745.64 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|

(c) $2,721.33, for unsecured creditors allowed in the total amount of $169,238.05, yielding a dividend of 1.6079895% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| FARMERS COOPERATIVE COMPANY | 000004 | 5,673.21 | 91.22 |
| FURST MCNESS | 000001 | 1,408.00 | 22.64 |
| JOHN MORRELL & CO | 000006 | 154,040.40 | 2,476.95 |
| RON S LP GAS | 000005 | 2,337.07 | 37.58 |
| SALLIE MAE SERVICING LP | 000003 | 4,607.37 | 74.09 |
| STEVE JENSEN | 000008 | 1,172.00 | 18.85 |
| Total | | $169,238.05 | $2,721.33 |

7. The trustee's distribution of gross receipts of $<u>42,816.39</u> from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 5,031.64 | a. | Trustee Compensation |
| $ | 28,731.25 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 1,348.50 | d. | Other Professionals |
| $ | 4,983.67 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 2,721.33 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 42,816.39 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 42,816.39 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

      WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: November 28, 2004         /e/ Randall L. Seaver
                                                    RANDALL L. SEAVER, Trustee
                                                    12400 PORTLAND AVENUE SOUTH
                                                    SUITE 132
                                                    BURNSVILLE, MN 55337
                                                    (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: 12/14/04                                     HABBO G. FOKKENA
                                                   UNITED STATES TRUSTEE
                                                   Region 12

                                                  By: /s/ Mary M. Ueland

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 01-33988 GFK Judge: Gregory F. Kishel | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | HONSEY, ROSS H | Date Filed (f) or Converted (c): | 09/18/01 (f) |
| | | 341(a) Meeting Date: | 10/30/01 |
| For Period Ending: | 12/06/04 | Claims Bar Date: | 04/05/02 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 500.00 | 2,500.00 | | 1,500.00 | FA |
| Per settlement, debtor was to pay $1,500.00 for checking account. | | | | | |
| 2. HOMESTEAD | 450,000.00 | 0.00 | | 0.00 | FA |
| Debtor claimed exemption; Trustee objected. Objection sustained in part. Value is at item 19. | | | | | |
| 3. 1996 FORD F-250 PICKUP | 9,000.00 | 0.00 | DA | 0.00 | FA |
| Lien to extent of value | | | | | |
| 4. 2001 FORD RANGER 4X4 | 18,000.00 | 0.00 | DA | 0.00 | FA |
| Lien to extent of value | | | | | |
| 5. LEASED 2001 FORD EXPLORER | 0.00 | 0.00 | DA | 0.00 | FA |
| No value; lease deemed rejected | | | | | |
| 6. WEDDING BANDS AND WATCH | 100.00 | 70.00 | | 34.00 | FA |
| 7. FIREARMS | 100.00 | 1.00 | | 100.00 | FA |
| 8. BETTER BUILT HONEY WAGON | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Lien exceeds value. | | | | | |
| 9. FARM EQUIPMENT | 9,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 11. IRA | 4,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. 1,540 PIGS | 104,000.00 | 0.00 | | 0.00 | FA |
| 15. RENT FROM MIKE ROGNES | 28,200.00 | 5,000.00 | | 9,430.00 | FA |

LFORM1

Ver: 9.54

| Case No: | 01-33988 GFK Judge: Gregory F. Kishel | | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|---|
| Case Name: | HONSEY, ROSS H | | | Date Filed (f) or Converted (c): | 09/18/01 (f) |
| | | | | 341(a) Meeting Date: | 10/30/01 |
| | | | | Claims Bar Date: | 04/05/02 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Farm lease for $28,200 per year. Debtor claimed exemption and Trustee objected. Objection partially sustained. | | | | | |
| 16. POSSIBLE PREFERENCE - SAVELKOUL | 3,500.00 | 1,000.00 | | 645.00 | FA |
| 17. POSSIBLE PREFERENCE - JENSEN | 1,500.00 | 0.00 | | 0.00 | FA |
| Not recoverable. | | | | | |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 240.87 | Unknown |
| 19. TRANSFER AVOIDANCE CLAIM VS DIANE HONSEY (u) | 0.00 | 20,000.00 | | 10,570.00 | FA |
| 20. POSSIBLE ROGNES PREFERENCE CLAIM (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 21. POSSIBLE NORTHERN COUNTRY PREFERENCE CLAIM (u) | 0.00 | 1,000.00 | | 18,000.00 | FA |
| 22. CASH ON HAND (u) | 0.00 | 300.00 | | 300.00 | FA |

TOTALS (Excluding Unknown Values)  $ 635,800.00  $ 31,871.00  $ 42,819.87

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The liened vehicles and honey wagon will also be deemed abandoned.

Initial Projected Date of Final Report (TFR): 05/15/02    Current Projected Date of Final Report (TFR): 11/30/04

LFORM1                                                                                                                           Ver: 9.54

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 01-33988 GFK | | Trustee Name: | RANDALL L. SEAVER |
| --- | --- | --- | --- | --- |
| Case Name: | HONSEY, ROSS H | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number: | *******9870 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9737 | | | |
| For Period Ending: | 12/06/04 | | Blanket Bond (per case limit): | $ 18,705,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/01/02 | 15 | Michael O. Rognes<br>Rt. 2, Box 44<br>Glenville, MN  56036 | Land rent | 1122-000 | 9,430.00 | | 9,430.00 |
| 02/28/02 | 18 | NationsBank | Interest Rate  1.500 | 1270-000 | 8.07 | | 9,438.07 |
| 03/29/02 | 18 | NationsBank | Interest Rate  1.200 | 1270-000 | 9.93 | | 9,448.00 |
| 04/30/02 | 18 | NationsBank | Interest Rate  1.200 | 1270-000 | 9.32 | | 9,457.32 |
| 05/31/02 | 18 | NationsBank | Interest Rate  1.200 | 1270-000 | 9.64 | | 9,466.96 |
| 06/06/02 | 000101 | International Sureties, Ltd.<br>Suite 1700<br>2100 Baronne Street<br>New Orleans, La.  70112 | TRUSTEE BOND<br>Bond # 016018055<br>Term: 06/01/02 to 06/01/03 | 2300-000 | | 4.31 | 9,462.65 |
| 06/28/02 | 18 | NationsBank | Interest Rate  1.200 | 1270-000 | 9.33 | | 9,471.98 |
| 07/24/02 | 7 | Ross Honsey<br>12769 - 690th Avenue<br>Emmons, MN  56029 | Firearms | 1129-000 | 100.00 | | 9,571.98 |
| 07/31/02 | 18 | NationsBank | Interest Rate  1.200 | 1270-000 | 9.66 | | 9,581.64 |
| 08/30/02 | 18 | NationsBank | Interest Rate  1.200 | 1270-000 | 9.76 | | 9,591.40 |
| 09/30/02 | 18 | NationsBank | Interest Rate  1.200 | 1270-000 | 9.47 | | 9,600.87 |
| 10/31/02 | 18 | NationsBank | Interest Rate  1.200 | 1270-000 | 9.78 | | 9,610.65 |
| 11/17/02 | 19 | Americana National Bank<br>P.O. Box 1058<br>Albert Lea, MN  56007 | Transfer avoidance claim | 1241-000 | 10,570.00 | | 20,180.65 |
| 11/29/02 | 18 | NationsBank | Interest Rate  0.850 | 1270-000 | 9.98 | | 20,190.63 |
| 12/28/02 | 000102 | Clerk of Court<br>United States Bankruptcy Court<br>200 U.S. Courthouse<br>316 North Robert Street<br>St. Paul, MN  55101 | Adversary Proceeding filing fee | 2700-000 | | 150.00 | 20,040.63 |

Page Subtotals     20,194.94     154.31

LFORM24

Ver: 9.54

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 01-33988  GFK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | HONSEY, ROSS H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number: | *******9870  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9737 | | |
| For Period Ending: | 12/06/04 | Blanket Bond (per case limit): | $ 18,705,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| 12/31/02 | 18 | NationsBank | Interest Rate 0.850 | 1270-000 | 14.59 | | 20,055.22 |
| 01/21/03 | 000103 | Clerk of U.S. Bankruptcy Court<br>200 U.S. Courthouse<br>316 North Robert Street<br>St. Paul, MN 55101 | Adversary Proceeding Filing Fee | 2700-000 | | 150.00 | 19,905.22 |
| 01/31/03 | 18 | NationsBank | Interest Rate 0.850 | 1270-000 | 14.49 | | 19,919.71 |
| 02/22/03 | 20 | Michael O. Rognes<br>73852 - 150th Street<br>Glenville, MN 56036 | PREFERENCE RECOVERY | 1241-000 | 2,000.00 | | 21,919.71 |
| 02/28/03 | 18 | NationsBank | Interest Rate 0.850 | 1270-000 | 12.99 | | 21,932.70 |
| 03/31/03 | 18 | NationsBank | Interest Rate 0.500 | 1270-000 | 9.85 | | 21,942.55 |
| 04/30/03 | 18 | NationsBank | Interest Rate 0.500 | 1270-000 | 9.02 | | 21,951.57 |
| 05/30/03 | 18 | NationsBank | Interest Rate 0.500 | 1270-000 | 9.32 | | 21,960.89 |
| 06/11/03 | 000104 | International Sureties, Ltd.<br>ATTN: Ms. Bootie Farnsworth<br>210 Baronne Street, Suite 1700<br>New Orleans, LA 70112-1722 | Trustee Bond | 2300-000 | | 14.62 | 21,946.27 |
| 06/30/03 | 18 | NationsBank | Interest Rate 0.500 | 1270-000 | 9.02 | | 21,955.29 |
| 07/31/03 | 18 | NationsBank | Interest Rate 0.200 | 1270-000 | 3.73 | | 21,959.02 |
| 08/29/03 | 18 | NationsBank | Interest Rate 0.200 | 1270-000 | 3.73 | | 21,962.75 |
| 09/19/03 | 21 | Northern Counrty Feeds, LLC<br>P.O. Box 217<br>Stacyville, Iowa 50476-0217 | PREFERENCE RECOVERY | 1241-000 | 18,000.00 | | 39,962.75 |
| 09/26/03 | 16 | Peterson, Savelkoul, Schlichting<br> & Benda, Ltd.<br>211 S. Newton<br>Albert Lea, MN 56007 | PREFERENCE RECOVERY | 1141-000 | 645.00 | | 40,607.75 |
| 09/30/03 | 18 | NationsBank | Interest Rate 0.200 | 1270-000 | 4.20 | | 40,611.95 |
| 10/31/03 | 18 | NationsBank | Interest Rate 0.200 | 1270-000 | 6.89 | | 40,618.84 |

Page Subtotals    20,742.83    164.62

LFORM24

Ver: 9.54

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 01-33988 GFK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | HONSEY, ROSS H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number: | *******9870 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9737 | | |
| For Period Ending: | 12/06/04 | Blanket Bond (per case limit): | $ 18,705,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| 11/28/03 | 18 | NationsBank | Interest Rate 0.200 | 1270-000 | 6.67 | | 40,625.51 |
| 12/31/03 | 18 | NationsBank | Interest Rate 0.100 | 1270-000 | 3.46 | | 40,628.97 |
| 01/30/04 | 18 | NationsBank | Interest Rate 0.100 | 1270-000 | 3.44 | | 40,632.41 |
| 02/27/04 | 18 | NationsBank | Interest Rate 0.100 | 1270-000 | 3.22 | | 40,635.63 |
| 03/31/04 | 18 | NationsBank | Interest Rate 0.100 | 1270-000 | 3.44 | | 40,639.07 |
| 04/24/04 | 22 | Ross Honsey<br>12769 - 690th Avenue<br>Emmons, MN 56029 | CASH ON HAND | 1229-000 | 300.00 | | 40,939.07 |
| 04/30/04 | 18 | NationsBank | Interest Rate 0.100 | 1270-000 | 3.33 | | 40,942.40 |
| 05/28/04 | 18 | NationsBank | Interest Rate 0.100 | 1270-000 | 3.46 | | 40,945.86 |
| 06/02/04 | 000105 | International Sureties, Ltd.<br>Suite 1700<br>210 Baronne Street<br>New Orleans, La. 70112 | Bond Premium #016018055 | 2300-000 | | 30.49 | 40,915.37 |
| 06/28/04 | 1, 6 | Ross Honsey<br>12769 - 690th Avenue<br>Emmons, MN 56029 | BANK ACCOUNT AND WEDDING RING<br>The debtor overpaid by $34.00; this amount will be refunded to debtor. | 1129-000 | 1,534.00 | | 42,449.37 |
| 06/30/04 | 18 | NationsBank | Interest Rate 0.100 | 1270-000 | 3.36 | | 42,452.73 |
| 07/30/04 | 18 | NationsBank | Interest Rate 0.100 | 1270-000 | 3.57 | | 42,456.30 |
| 08/31/04 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.60 | | 42,459.90 |
| 09/30/04 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.48 | | 42,463.38 |
| 10/29/04 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.59 | | 42,466.97 |
| * 11/14/04 | 000106 | Ross H. Honsey<br>c/o Frundt & Johnson, Ltd.<br>P.O. Box 95<br>Blue Earth, MN 56013-0095 | Refund of overpayment | 8500-003 | | 34.00 | 42,432.97 |
| * 11/23/04 | 000106 | Ross H. Honsey<br>c/o Frundt & Johnson, Ltd.<br>P.O. Box 95 | Refund of overpayment-reversed<br>Trustee sold wedding ring to debtor for this amount instead of sending refund. Check voided and not sent. | 8500-003 | | -34.00 | 42,466.97 |

Page Subtotals  1,878.62  30.49

Ver: 9.54

LFORM24

| Case No: | 01-33988 GFK | | Trustee Name: | RANDALL L. SEAVER |
| --- | --- | --- | --- | --- |
| Case Name: | HONSEY, ROSS H | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number: | *******9870  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9737 | | | |
| For Period Ending: | 12/06/04 | | Blanket Bond (per case limit): | $ 18,705,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| 11/30/04 | 18 | Blue Earth, MN 56013-0095<br>BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.48 | | 42,470.45 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 42,819.87 | 349.42 | 42,470.45 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 42,819.87 | 349.42 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 42,819.87 | 349.42 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market - Interest Bearing - ********9870 | 42,819.87 | 349.42 | 42,470.45 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 42,819.87 | 349.42 | 42,470.45 |
| | =============== | =============== | =============== |

Page Subtotals         3.48            0.00

Ver: 9.54

LFORM24

# CLAIMS DISTRIBUTION REGISTER
# **PROPOSED DISTRIBUTION**

Case Number: 01-33988  GFK  
Debtor Name: HONSEY, ROSS H  
Page 1  
Date: December 6, 2004

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $42,470.45 |
| | **Claim Type -** | | | | | | | |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $5,031.99 | $0.00 | $5,031.99 | $5,031.99 | $37,438.46 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $199.38 | $0.00 | $199.38 | $199.38 | $37,239.08 |
| | **Subtotal For Claim Type** | | | $5,231.37 | $0.00 | $5,231.37 | $5,231.37 | |
| | **Claim Type AE - ACCOUNTANT EXPENSES** | | | | | | | |
| 000012 | Linda M. Berreau * | Admin | 025 | $15.30 | $0.00 | $15.30 | $15.30 | $37,223.78 |
| | **Subtotal For Claim Type AE** | | | $15.30 | $0.00 | $15.30 | $15.30 | |
| | **Claim Type AF - ACCOUNTANT FEES** | | | | | | | |
| 000011 | Linda M. Berreau | Admin | 025 | $1,348.50 | $0.00 | $1,348.50 | $1,348.50 | $35,875.28 |
| | **Subtotal For Claim Type AF** | | | $1,348.50 | $0.00 | $1,348.50 | $1,348.50 | |
| | **Claim Type TAE - TRUSTEE ATTORNEY EXPENSES** | | | | | | | |
| 000010 | Fuller, Seaver & Ramette, P.A. * | Admin | 025 | $4,181.57 | $0.00 | $4,181.57 | $4,181.57 | $31,693.71 |
| 000014 | Gislason & Hunter LLP * | Admin | 025 | $238.00 | $0.00 | $238.00 | $238.00 | $31,455.71 |
| | **Subtotal For Claim Type TAE** | | | $4,419.57 | $0.00 | $4,419.57 | $4,419.57 | |
| | **Claim Type TAF - TRUSTEE ATTORNEY FEES** | | | | | | | |
| 000009 | Fuller, Seaver & Ramette, P.A. | Admin | 025 | $19,589.25 | $0.00 | $19,589.25 | $19,589.25 | $11,866.46 |
| 000013 | Gislason & Hunter LLP | Admin | 025 | $9,142.00 | $0.00 | $9,142.00 | $9,142.00 | $2,724.46 |
| | **Subtotal For Claim Type TAF** | | | $28,731.25 | $0.00 | $28,731.25 | $28,731.25 | |
| | Subtotals For Class Administrative  100.00000 % | | | $39,745.99 | $0.00 | $39,745.99 | $39,745.99 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000001 | FURST MCNESS | Unsec | 070 | $1,408.00 | $0.00 | $1,408.00 | $22.67 | $2,701.79 |
| 000003 | SALLIE MAE SERVICING LP | Unsec | 070 | $4,607.37 | $0.00 | $4,607.37 | $74.17 | $2,627.62 |
| 000004 | FARMERS COOPERATIVE COMPANY | Unsec | 070 | $5,673.21 | $0.00 | $5,673.21 | $91.33 | $2,536.29 |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| | NO AMOUNT GIVEN. | | | | | | | |
| 000005 | RON S LP GAS | Unsec | 070 | $2,337.07 | $0.00 | $2,337.07 | $37.62 | $2,498.67 |
| 000006 | JOHN MORRELL & CO | Unsec | 070 | $154,040.40 | $0.00 | $154,040.40 | $2,479.80 | $18.87 |
| 000008 | STEVE JENSEN ACCT 14888-0001 | Unsec | 070 | $1,172.00 | $0.00 | $1,172.00 | $18.87 | $0.00 |
| | **Subtotal For Claim Type UC** | | | $169,238.05 | $0.00 | $169,238.05 | $2,724.46 | |
| | Subtotals For Class Unsecured | 1.60984 % | | $169,238.05 | $0.00 | $169,238.05 | $2,724.46 | |
| << Totals >> | | | | $208,984.04 | $0.00 | $208,984.04 | $42,470.45 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 01-33988 GFK
**Debtor:** HONSEY, ROSS H

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $42,819.87

|  |  |  |  |
|---|---|---|---|
|  | $42,819.87 | 25% of First $5,000 | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |
| Balance | $37,819.87 | 10% of Next $45,000 | $3,781.99 |
| Less - | $37,819.87 | ($4,500 Maximum) |  |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less - | $0.00 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

**TOTAL COMPENSATION CALCULATED:** $5,031.99
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$5,031.99**

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 715 pages @ 0.25 / page | $178.75 |
| POST: Postage 15 each @ 0.37 / each | $5.55 |
| POST: Postage 1 each @ 1.98 / each | $1.98 |
| POST: Postage 1 each @ 3.95 / each | $3.95 |
| POST: Postage 1 each @ 9.15 / each | $9.15 |

**TOTAL EXPENSES CALCULATED:** $199.38
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$199.38**

==============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$5,231.37**

**DATED: 12/06/04**

SIGNED _____    TRUSTEE: RANDALL L. SEAVER

# Compensation and Expenses Worksheet

**Case Number:** 01-33988 GFK
**Debtor:** HONSEY, ROSS H

**12400 PORTLAND AVENUE SOUTH**
**SUITE 132**
**BURNSVILLE, MN  55337**